United States District Court
Southern District of Texas
**ENTERED**
October 28, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DANIEL G. SANCHEZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:21-CV-044 |
| | § | |
| MEGAN R. THOMPSON, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Objection to the Order Adopting Memorandum and Recommendation (DE. 20). In this document, Plaintiff explains that he continues to object to the Magistrate Judge's recommendations and now this Court's disposition of his claims. Final judgment (D.E. 18) was entered on October 12, 2021. Because this document was filed within twenty-eight (28) days of the final judgment, it is construed as a motion for new trial or to alter or amend the judgment under Federal Rules of Civil Procedure 59. After due consideration, the Court DENIES the motion.

ORDERED this 28th day of October, 2021.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE